```
 1  LAWRENCE J. GORNICK (SBN 136290)
    EMILY M. CHARLEY (SBN 238542)
 2  LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
 3  San Francisco, CA  94104
    Telephone: 415-646-7160
 4  Facsimile: 415-981-1270
 5
    Attorneys for Plaintiff
 6
 7                    UNITED STATES DISTRICT COURT
 8                   NORTHER DISTRICT OF CALIFORNIA
 9
10  DONNA M. STRASBURGER,          )  CASE NO.  C 06 1374 MEJ
                                   )
11              Plaintiff,         )  Before the Honorable MARIA-ELENA JAMES
                                   )
12      v.                         )  [PROPOSED] ORDER VACATING
                                   )  AND/OR CONTINUING CASE
13  ELI LILLY AND COMPANY,         )  MANAGEMENT CONFERENCE
                                   )
14              Defendants.        )  Conference Date:  June 29, 2006
                                   )  Conference Time:  10:00 AM
15                                 )  Location:          Courtroom B, 15TH Floor
                                   )                     SAN FRANCISCO
16                                 )
17                                 )
```

18    For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

19 hereby continues the June 29, 2006 Case Management Conference ("CMC") to October 26, 2006 ,

20 at 10:00 a.m . In the event the case is not transferred to the Honorable Claudia Wilken and/or as part

21 of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date,

22

23 the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this

24 Court's Standing Order.

25    **IT IS SO ORDERED.**

26 DATED: June 19, 2006
          _____
27                           Hon. _____ JAMES
                             United States _____ Judge
28

*IT IS SO ORDERED*
Judge Maria-Elena James

- 3 -
[PROPOSED] ORDER